## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**ZANE COSS, as Administrator**
**of the Estate of James Coss, Jr.,**

     **Plaintiff,**

**v.**                                  **CIVIL ACTION NO.: 2:23-cv-00180**
                                           **HONORABLE IRENE C. BERGER**

**DAVID TETERS, in his individual and**
**official capacity, and TYLER TETERS,**
**in his individual capacity,**

     **Defendants.**

### NOTICE OF SETTLEMENT

**COMES NOW,** the Defendant, David Teters, in his individual and official capacity, by counsel, Jacob D. Layne, Benjamin B. Vanston, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby advises the Court that Plaintiff and Defendant David Teters have reached an agreement to resolve all matters at issue in the above civil action. Additionally, it has been represented to counsel for Defendant David Teters by counsel for Plaintiff that Plaintiff intends to voluntarily dismiss his claims against Defendant Tyler Teters.

                                     **DAVID TETERS, In his Individual and**
                                     **Official Capacities,**

                                      **By Counsel,**

                                    */s/Jacob D. Layne*
                                    **JACOB D. LAYNE (WVSB #11973)**
                                    **BENJAMIN B. VANSTON (WVSB #14146)**

**PULLIN, FOWLER, FLANAGAN,**
**BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV 25301

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**ZANE COSS, as Administrator**
**of the Estate of James Coss, Jr.,**

     **Plaintiff,**

**v.**                                      **CIVIL ACTION NO.: 2:23-cv-00180**
                                             **HONORABLE IRENE C. BERGER**

**DAVID TETERS, in his individual and**
**official capacity, and TYLER TETERS,**
**in his individual capacity,**

     **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant David Teters, does hereby certify

on this the **1st day of April 2024**, that *Notice of Settlement* has been filed with the Clerk of

the Court using the CM/ECF system which provides a copy of such filing to counsel of record

and was served upon pro se Defendant by depositing same to them in the U.S. Mail, postage

prepaid, sealed in an envelope, and addressed as follows:

| | |
|---|---|
| James Morgan Leach, Esquire<br>J Law<br>PO Box 5518<br>Vienna, WV  26105<br>*Counsel for Plaintiff* | Robert J. Williamson, Esquire<br>Post Office Box 5518<br>Vienna, WV 26105<br>*Counsel for Plaintiff* |
| Ryan Jeffrey Umina, Esquire<br>Umina Legal<br>133 Greenbag Road<br>Morgantown, WV 26501<br>*Counsel for Plaintiff* | Tyler Teters<br>1808 23rd Street<br>Parkersburg, WV 26101<br>*Pro Se Defendant* |

                                        */s/Jacob D. Layne*
                                   **JACOB D. LAYNE (WVSB #11973)**
                                   **BENJAMIN B. VANSTON (WVSB #14146)**