IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ZANE COSS, *as Executor of the*
*Estate of James A. Coss, Jr.*,

    Plaintiff,

v.            CIVIL ACTION NO. 2:23-cv-00180

DAVID TETERS, et al.,

    Defendants.

**ORDER**

The only remaining defendants in this case are John Does 1–6, as described in the Complaint. Throughout the pendency of this matter, the Plaintiff has failed to identify any of the John Doe defendants or otherwise pursue his claims against them. Wherefore, given the Plaintiff's failure to identify or pursue the remaining defendants, the Court **ORDERS** that this action be **DISMISSED** as to Defendants John Does 1–6 and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

      ENTER:  May 2, 2024

         */s/ Irene C. Berger*
         IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
       SOUTHERN DISTRICT OF WEST VIRGINIA